

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: DAVID EDWARD SAUCEDO, II AND MARIANA TERRAZAS SAUCEDO, INDIVIDUALLY AND ON BEHALF OF I. S., A MINOR CHILD, | § | No. 08-22-00089-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

**O R D E R**

The Court has considered Relators' petition for writ of mandamus and is of the opinion that the case should be set for submission with oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 24th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.